**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8409**

BRANDON WILLIAMS,

            Plaintiff - Appellant,

      v.

OFFICER VINSON; D.S. STORY, Supervisor; SERGEANT DOLE,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:08-cv-00851-LMB-TCB)

Submitted:  March 12, 2009          Decided:  March 17, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit  Judge.

Affirmed by unpublished per curiam opinion.

Brandon Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Officer Vinson, No. 1:08-cv-00851-LMB-TCB (E.D. Va. filed Oct. 22, 2008 & entered Oct. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2